11089246
506.32
1/21/10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:  
PROST, SHARON  
                            Debtor.

Chapter 7

Case No. 04-13357 MJK

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 2 | Beneficial New York Inc.<br>P.O. Box 9055<br>Brandon, FL 33509-9055 | $6,506.61 | $506.32 |

**TOTAL UNCLAIMED DIVIDENDS:**                                  $    506.32

Dated: January 18, 2010

JOHN H. KING, III  
Trustee  
385 CLEVELAND DR.  
CHEEKTOWAGA, NY  14215  
(716) 831-1994



FILED JAN 21 2010 BANKRUPTCY COURT BUFFALO, NY